UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KRISTINE WHELAN and ROBERT KNAPP,

                      Plaintiffs,

v.                                                           **ORDER**

ANTHONY PARISI, an individual;                25-CV-03000 (PMH)
COUNTY OF DUTCHESS; and
DOES 1-100,

                      Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        Plaintiffs commenced this action on April 10, 2025. (Doc. 1). On April 13, 2025, they filed an Amended Complaint. (Doc. 6). Waivers of service were filed on May 8, 2025 (Doc. 9, Doc. 10), noting that the requests to Defendants to waive service were made on April 12, 2025 and therefore required filing and service of an answer or Rule 12 motion by June 11, 2025. Although counsel for Defendants entered an appearance on June 2, 2025 (Doc. 11), no answer or motion has been filed to date.

        Plaintiffs are directed to file, by June 27, 2025, a letter advising of the status of this action.

SO-ORDERED:

Dated: White Plains, New York
           June 24, 2025

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge