

63 WASHINGTON STREET, POUGHKEEPSIE, NEW YORK 12602  PHONE (845) 262-6333  WWW.SOKOLOFFSTERN.COM

Kimberly Hunt Lee
klee@sokoloffstern.com

July 16, 2025

> Application granted. The pre-motion conference is advanced to July 23, 2025 at 11:00 a.m. using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          July 16, 2025

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: Knapp/Whelan v. County of Dutchess
    7:25-cv-3000-PMH/VR
    Our File No. 240363PK

Dear Judge Halpern:

This office represents the defendants in this matter and we write, upon consent of counsel, to request that the July 24, 2025 telephone conference be adjourned as I will be out of Town from July 24, 2025 through July 28, 2025 and from August 8, 2025 through August 17, 2025.

Plaintiff's counsel has advised that they are not available on July 21, 2025, August 1, 2025 and August 19, 2025 with a previously scheduled deposition, oral argument and plenary hearing.

We apologize for any inconvenience this first request for an adjournment may cause.

Respectfully yours,

SOKOLOFF STERN LLP

*Kimberly Hunt Lee*
KIMBERLY HUNT LEE

KHL/dmf
cc:   Michael S. Kasanoff, Esq.