

63 WASHINGTON STREET, POUGHKEEPSIE, NEW YORK 12602  PHONE (845) 262-6333  WWW.SOKOLOFFSTERN.COM

Kimberly Hunt Lee
klee@sokoloffstern.com

July 17, 2025

> Application granted. The pre-motion conference is adjourned to 4:00 p.m. on July 23, 2025 using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 18, 2025

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:   Knapp/Whelan v. County of Dutchess
      7:25-cv-3000-PMH/VR
      Our File No. 240363PK

Dear Judge Halpern:

This office represents the defendants in this matter and we write, upon consent of counsel, to request that the telephone conference which was adjourned to July 23, 2025 at 11:00 be adjourned to either the same day at 4:00 p.m. or another date entirely.  The reason for this request is that I have a mediation scheduled for July 23, 2025, which will take a majority of the day.

As stated in our first request, I will be out of Town from July 24, 2025 through July 28, 2025 and from August 8, 2025 through August 17, 2025 and plaintiff's counsel will not be available on July 21, 2025, August 1, 2025 and August 19, 2025 with a previously scheduled deposition, oral argument and plenary hearing.

We apologize for any inconvenience.

Respectfully yours,

SOKOLOFF STERN LLP

KIMBERLY HUNT LEE

KHL/dmf

cc:   Michael S. Kasanoff, Esq.

Case 7:25-cv-03000-PMH     Document 20     Filed 07/18/25     Page 2 of 2